SARAH M. HAZELTINE, as Administratrix of MARIA BARR, Deceased, Appellant, *v.* MARY J. STRINGER et al., Respondents.

*Barr* v. *Stringer,* 22 App. Div. 630, affirmed.
(Argued October 9, 1899; decided October 27, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

November 30, 1897, affirming a judgment entered upon a decision of the court on trial at Special Term, in an action for the construction of the will of Robert S. Barr, deceased.

*H. W. Coley* for appellant.

*C. M. Parke* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.